UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )　Case No. 3:12-00220 |
| | )　Judge Haynes |
| PAUL EICHEL | ) |

*Order,*
*This motion is*
*GRANTED in the*
*interests to Allow*
*Justice . defense counsel*
*to be prepared*
*for trial.*
*Counsel*
*for the Parties*
*Should file*
*an Agreed*
*Order*
*with dates*
*for trial,*
*motion*
*hearing*
*and*
*plea*
*deadline*
*with in*
*20 days*
*of this*
*Order.*
*[signature]*
*0-8-13*
*1-23-13*

## MOTION TO CONTINUE TRIAL DATE

**COMES NOW** the Defendant, **Paul Eichel**, by and through his undersigned counsel, and

respectfully requests that this Honorable Court enter an order continuing the trial of the above-

captioned case from Tuesday, February12, 2013  at 9:00 a.m. to a later date convenient to the Court

and counsel.  In support hereof, Defendant states as follows:

1.　　The trial of  this case is currently scheduled for Tuesday, February 12, 2013 at 9:00

a.m. (Docket Entry 13).  This is the first setting for trial.  Mr. Eichel is on bond.

2.　　Consistent with this Court's Order setting the case for trial, undersigned

counsel has contemporaneously filed a supporting affidavit stating the reasons for the continuance.

(Docket Entry 16 ). The Order also requires counsel to suggest "proposed alternative trial dates and

other pretrial deadlines." *Id.*  Given counsel's current trial schedule, he realistically would not be

available to try the case until September 2013.  A reasonable pretrial motion deadline would be on

or before the close of business on Friday, May 3, 2013.

3.　　Assistant United States Attorney Brent A. Hannafan has authorized undersigned

counsel to report that the government does not object to the Defendant's request to continue the

2/12/13 trial date.

4.　　Defendant Eichel will supplement this filing with an appropriate,  executed Waiver