UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-00220 |
| | ) | Judge Haynes |
| PAUL EICHEL | ) | |

## MOTION TO CONTINUE TRIAL DATE

**COMES NOW** the Defendant, **Paul Eichel**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an order continuing the trial of the above-captioned case from Tuesday, October 8, 2013 at 9:00 a.m. to a later date convenient to the Court and counsel. In support hereof, Defendant states as follows:

1. The trial of this case is currently scheduled for Tuesday, October 8, 2013 at 9:00 a.m. (Docket Entry 25). Mr. Eichel is on bond.

2. The parties are currently exploring a settlement in Mr. Eicvhel's case. A continuance of the 10/8/13 trial will give the parties additional time to conclude their discussions. Assistant United States Attorney Brent A. Hannafan is scheduled to begin a jury trial before Senior Judge Nixon on 10/8/13 in a case that has been pending in this district for several years due to pretrial appeals, etc. Obviously, Mr. Hannafan has a conflict with the 10/8/13 trial date in the *Eichel* case.

3. Assistant United States Attorney Brent A. Hannafan has authorized undersigned counsel to report that the government does not object to the Defendant's request to continue the 10/8/13 trial date.

4. Mr. Eichel has contemporaneously filed with an appropriate, executed Waiver of Speedy Trial.

*[Handwritten annotation: GRANTED. The motion is granted in the interests of justice to allow defense counsel for the parties time to be prepared for trial. Counsel for the parties have 20 days to submit an Agreed Order with a new trial date. /s/ [signature] 8-29-13]*