IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-12-00220 |
| v. | ) | |
| | ) | |
| PAUL EICHEL | ) | |

O R D E R

A hearing is scheduled on **Tuesday, February 18, 2014, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address the request of Dianna Dale to be relieved of her responsibilities as the defendant's third-party custodian.

The defendant and Ms. Dale shall attend the hearing, unless, because of her health, she is unable to appear. In that event, Ms. Dale shall communicate with defendant's counsel to advise him on her circumstances.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge