IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3-12-00220 |
| v. | ) | |
| | ) | |
| PAUL EICHEL | ) | |

O R D E R

Counsel for the government has advised the Court that the government no longer requests that the defendant have a third-party custodian living with the defendant. See Docket Entry No. 34.

Therefore, Dianna Dale is relieved of her obligations as third-party custodian for the defendant. The order setting additional conditions of release of a third-party custodian (Docket Entry No. 12) is hereby VACATED, and the condition requiring the defendant to submit to the third party custody of Dianna Dale and to allow her to live in his home in the order entered December 10, 2012 (Docket Entry No. 11) is DELETED.

The hearing, scheduled by order entered February 10, 2014 (Docket Entry No. 35), on February 18, 2014, is CANCELLED.

Except as amended in this order, the conditions of the defendant's release, as provided in the order entered December 10, 2012 (Docket Entry No. 11), remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge