UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:12-00220 |
| | ) | Chief Judge Haynes |
| PAUL EICHEL | ) | |

*Denied. The motion is granted. The hearing is set for March 7, 2014 at 3:00 pm.*

*/s/ USDJ 3-4-14*

### NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the Defendant, **Paul Eichel**, by and through his undersigned counsel, and hereby gives *Notice* to the Court that Mr. Eichel intends to enter a plea of guilty pursuant to a plea agreement with United States. Defendant Eichel respectfully requests that the Court set this case for a change of plea hearing on **Friday, March 7, 2014** in the afternoon.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.

S:/Peter J. Strianse
Peter J. Strianse, BPR #007293
315 Deaderick Street, Suite 1700
Nashville, Tennessee 37238
615-244-2770 Office
615-244-2778 Fax


HOLLINS, RAYBIN & WEISSMAN, P.C.

S:/David L. Raybin
David L. Raybin, BPR #3385
424 Church Street, Suite 2200
Fifth Third Center
Nashville, Tennessee 37219
615-256-6666 Office
615-254-4254 Fax

Attorneys for Defendant