UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00220 |
| | ) | Judge William J. Haynes, Jr. |
| PAUL EICHEL | ) | Magistrate Judge Juliet Griffin |

**MOTION TO CONTINUE SENTENCING HEARING**

[Handwritten annotation: ORDER. The motion is GRANTED. The hearing is reset for August 1, 2014 at 5:00 p.m. Full [illegible] 5-14-14]

A sentencing hearing is presently scheduled for May 30, 2014 at 2:00 p.m. Unfortunately, Mr. Eichel sustained a severe heart attack on April 19, 2014 and underwent emergency coronary artery bypass surgery. Mr. Eichel spent over two weeks in the hospital and now he has been sent home for recovery.

Attached to this motion is a letter from Dr. Lawrence Pass, Mr. Eichel's physician. The letter recites the facts surrounding Mr. Eichel's heart attack and the fact that the recovery period is 8 to 12 weeks and that Mr. Eichel is currently in the earliest stages of his recovery.

Based on this medical emergency counsel respectfully requests that Mr. Eichel's sentencing hearing be continued for 12 weeks from the date he left the hospital which would put the new sentencing hearing date at approximately July 25, 2014.

Counsel believes that this time is appropriate particularly given the medical report. Also Mr. Eichel suffers from other significant health issues which is why he had to stay in the hospital some two weeks after sustaining his heart attack.

Counsel will keep the Court advised as to the status of Mr. Eichel's health.

1