# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:12-00220** |
| | ) | **Judge William J. Haynes, Jr.** |
| **PAUL EICHEL** | ) | **Magistrate Judge Juliet Griffin** |

*[handwritten annotations and signature to the right, dated 7-23-14]*

## MOTION TO CONTINUE SENTENCING HEARING

Mr. Eichel's sentencing hearing is presently scheduled for August 11, 2014 at 3:00 p.m. The matter was continued from an earlier date because Mr. Eichel has sustained a severe heart attack requiring open-heart surgery. As more particularly set forth by the attached letter from his doctor, Mr. Eichel's medical condition is such that an additional continuance is necessary because he is suffering from a wound infection. This may require surgery. As the Court will recall Mr. Eichel had an earlier tracheotomy some years ago which causes significant breathing problems. The plea agreement contemplates that Mr. Eichel will be incarcerated. To promote healing and to avoid related medical complications the doctor recommends that Mr. Eichel receive an additional 90 to 180 days of additional out-patient care before he be incarcerated. Counsel would suggest that this matter be continued for 90 days and be set for another sentencing hearing and, hopefully, Mr. Eichel's medical condition will have improved to the point where sentencing hearing could be held and Mr. Eichel subsequently incarcerated. Consequently, counsel requests that the matter be continued until a date convenient with the court not earlier than 90 days from August 11,

1