UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00220 |
| | ) | Judge William J. Haynes, Jr. |
| PAUL EICHEL | ) | Magistrate Judge Juliet Griffin |

MOTION TO SET SENTENCING HEARING IN LATE AFTERNOON OF
NOVEMBER 14, 2014

In light of Mr. Eichel's medical condition the defense filed a motion for a continuance of the sentencing hearing which the government did not oppose. The Court granted the motion for a continuance but did not specify a date for the sentencing hearing. Counsel for the government and the defense have conferred and would request that the Court set the matter for late afternoon of November 14, 2014. Undersigned counsel has a vehicular homicide hearing in state court that morning and Assistant United States Attorney Hannafan has a contested hearing set at 1:30 p.m. on the November 14. Mr. Strianse advises that he is available that afternoon as well.

For all these reasons counsel for the defense in consultation with the government respectfully request that the sentencing hearing be set in the late afternoon of November 14, 2014.

1