IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 3:12-cr-00220 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| PAUL EICHEL | ) | |
| | ) | |

## ORDER

Before the Court is Defendant's motion to correct a clerical error in the Judgment in this action under Fed. R. Crim. P. 36. (Docket Entry No. 55). Defendant contends that the Judgment (Docket Entry No. 53) should be amended to reflect that Defendant shall self-report to his designated Bureau of Prisons facility, rather than surrender to the United States Marshall at the U.S. Marshall's Office within 30 days. The Government filed a response (Docket Entry No. 56) stating that it does not oppose the relief requested.

Upon a review of the record, and based upon the agreement of the parties, the motion is **GRANTED**, and the Court's Judgment (Docket Entry No. 53) is amended to reflect that the Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshall.

It is so **ORDERED**.

ENTERED this the ___ day of February, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge